LEVER BROTHERS COMPANY, Respondent, v. J. EAVENSON & SONS, INC., and R. C. WILLIAMS & Co., INC., Appellants.— Judgment unanimously modified by restraining the defendants from making any soap not made by or for the plaintiff which possesses a carbolic, cresylic or similar odor and which is in appearance and design calculated to deceive the ordinary purchaser, and as so modified affirmed, with costs to the respondent. No opinion. The findings inconsistent with this determination should be reversed and such new findings made of facts proved on the trial as are necessary to sustain the determination hereby awarded. Settle order on notice. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ. [157 Misc. 297.]

In the Matter of the Appraisal of the Estate of EMMA CAROLINE RUEFF, Deceased. STATE TAX COMMISSION, Appellant; WILLIS M. STAUBUS, Ancillary Administrator c. t. a. of the Estate of EMMA CAROLINE RUEFF, Deceased, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ. [157 Misc. 680.]

MORRIS STANDARD, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Order unanimously affirmed and judgment modified by requiring payment by plaintiff of the semi-annual premium due October 1, 1934, and all subsequent premiums, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

WILLIAM J. JERSKEY, Respondent, v. WILLIAM E. BRUSH, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

SAMUEL BROWNSTEIN, Appellant, v. KASS-SUTTON, INCORPORATED, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.